AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

ALBERT GARCIA,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-cv-00569-BES-RAM**

JASON GEER, et al.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's #5 second application to proceed *in forma pauperis* is DENIED without prejudice and that this action is DISMISSED without prejudice.

   December 17, 2008                        **LANCE S. WILSON**
                                                   Clerk

                                                   /s/ Kalani Lizares
                                                    Deputy Clerk